UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CR-24-47-G |
| | ) |
| JACK RAYMOND ALEXANDER, JR., | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Now before the Court is the Government's Motion to Dismiss Indictment (Doc. No. 19), filed March 22, 2024. The Government states that Defendant is now deceased. No response to the Motion has been filed within the time allowed.

Having considered the Government's argument and the circumstances of this matter, the Court finds that dismissal is in the public interest and that the Motion should be and is hereby GRANTED. *See* Fed. R. Crim. P. 48(a); *Rinaldi v. United States*, 434 U.S. 22, 29 n.15 (1977); *United States v. Romero*, 360 F.3d 1248, 1251 (10th Cir. 2004).

IT IS THEREFORE ORDERED that the Indictment (Doc. No. 3) filed February 8, 2024, charging Defendant Jack Raymond Alexander, Jr. with violation of Title 18, United States Code, Section 922(g)(1), is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED this 1st day of April, 2024.

_____
CHARLES B. GOODWIN
United States District Judge